UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
THE STATES OF CALIFORNIA,
COLORADO, CONNECTICUT, DELAWARE,
FLORIDA, GEORGIA, HAWAII, ILLINOIS,
INDIANA, LOUISIANA, MASSACHUSETTS,
MICHIGAN, MINNESOTA, MONTANA,
NEVADA, NEW HAMPSHIRE, NEW JERSEY,
NEW MEXICO, NEW YORK, NORTH
CAROLINA, OKLAHOMA, RHODE ISLAND,
TENNESSEE, TEXAS, VIRGINIA and WISCONSIN,
and THE DISTRICT OF COLUMBIA,
*ex rel.* REEMA HAMMOUD and MARK KIRSCH,

     Plaintiffs-Relators,

-vs-

WALGREEN CO., d/b/a WALGREENS
PHARMACY, a foreign corporation,

     Defendant.
_____/

Case No. 2:12-cv-11733
Hon. George Caram Steeh
Magistrate David R. Grand

HERTZ SCHRAM PC
By:   Patricia A. Stamler (P35905)
Attorney for Plaintiffs-Relators
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI  48302-0183
(248) 335-5000
_____/

## EX-PARTE ORDER OF DISMISSAL WITHOUT PREJUDICE TO THE UNITED STATES AND THE RELATOR

{H0093553.1}

Plaintiffs/Relators, by and through their attorneys, HERTZ SCHRAM PC, and with the consent of the United States and the individual Plaintiff States filed their Ex-Parte Motion to Dismiss Qui Tam Case Without Prejudice to the United States and the Relator pursuant to Rule 41(a). The qui tam was filed pursuant to 31 U.S.C. § 3730(b). As required by the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States and the individual Plaintiff States have consented in writing solely to the dismissal without prejudice to the United States, the individual Plaintiff States, and the Relator, and the Court being fully advised, now therefore;

IT IS HEREBY ORDERED that the above-captioned matter shall be dismissed without prejudice to the United States, the individual Plaintiff States, and the Relator and without costs or attorneys' fees.

IT IS SO ORDERED.


Dated: December 16, 2013        s/George Caram Steeh
                                HONORABLE GEORGE CARAM STEEH
                                U.S. District Court Judge